1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9

10  U.S. EQUAL EMPLOYMENT                    Case No: 3:23-cv-00135-LRH-CSD
    OPPORTUNITY COMMISSION,
11                                           **ORDER GRANTING
                                             STIPULATION TO EXTEND
12                     Plaintiff,            TIME FOR DEFENDANT TO
    v.                                       RESPOND TO MOTION TO
13                                           INTERVENE (First Request)**

14  PRC INDUSTRIES, INC., CORP. d/b/a
    PRODUCT REMANUFACTURING
15  CENTERS INDUSTRIES, INC.,

16                     Defendant.

17

18         Defendant PRC INDUSTRIES, INC., d/b/a PRODUCT REMANUFACTURING

19  CENTERS INDUSTRIES, INC., ("PRC") by and through its attorney of record,

20  REBECCA BRUCH, ESQ. of LEMONS, GRUNDY & EISENBERG, and THE GEDDES

21  LAW FIRM, by and through its attorney of record, WILLIAM J. GEDDES, attorney of

22  record for Plaintiff-Intervenors Roderick S. Woods and Tashia B. Woods, pursuant to

23  Local Rule IA 6-1, hereby stipulate to extend the time for Defendant to respond to Plaintiff-

24  Intervenors' Motion to Intervene to May 12, 2023.   This requested extension and

25  stipulation is sought in good faith and not for the purposes of delay.

26  ///

27  ///

28  ///

                                    1

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

## I.   LEGAL AUTHORITY

3

Fed. R. Civ. P. 6(b)(1) governs the extension of time to respond to Motions.  "When an

4

act may or must be done within a specified time, the court may, for good cause, extend the

5

time…"  Fed. R. Civ. P. 6(b)(1).  The "good cause" standard focuses primarily on the

6

movant's diligence.  *Coleman v Quaker Oats Co*., 232 F.3d 1271, 1294-95 (9th Cir. 2000).

7

### A.  **Current Status of Complaint**.

8

On March 28, 2023, Plaintiff EEOC filed its Complaint.  *See ECF No. 1*.  On March

9

31, 2023,  Plaintiff filed a Request for Waiver of Service.  *See ECF No.  4*.  On April 7,

10

2023, Plaintiff-Intervenors filed a Motion to Intervene, and on April 8, 2023, Plaintiff-

11

Intervenors filed a Notice of Erratum.  *See ECF No. 6 and ECF No. 7*.  Defendant had not

12

yet made an appearance in this action.  On April 12, 2023, Defendant executed the Waiver

13

Of Service Of Summons and it was filed on that same date.  *See ECF No. 8*.  Defendant's

14

Answer is due May 30, 2023.   A Response to the Motion to Intervene would have been

15

due on April 21, 2023.   Defendants became aware of the Motion to Intervene on April

16

26, 2023, after the due date for the Response to the Motion to Intervene.  *See ECF No. 10*.

17

In Plaintiff-Intervenors' Notice of Motion, they noted that they do not oppose

18

allowing Defendant additional time to file a response to Plaintiff-Intervenors' Motion to

19

Intervene, in order to allow Defendant's counsel to confer with her clients.  *Id*.

20

Counsel for Plaintiff-Intervenors and Defendant have spoken and stipulate to an

21

extension of time to respond up to and including May 12, 2023.

22

///

23

///

24

///

25

///

26

///

27

///

28

///

Based on the foregoing, Plaintiff-Intervenors and Defendant request the Court to approve their stipulation for extension up to and including May 12, 2023.

Dated this 27th day of April, 2023.

LEMONS, GRUNDY & EISENBERG

By: ____/s/ Rebecca Bruch_____
    REBECCA BRUCH, ESQ. (SBN7289)
    6005 Plumas St., Third Floor
    Reno, Nevada 89519
    *Attorneys for Defendant*

THE GEDDES LAW FIRM

By: ____/s/ William J. Geddes_____
    WILLIAM J. GEDDES, ESQ. (SBN6984)
    1575 Delucchi Lane, Suite 206
    Reno, NV  89502
    (775) 853-9455
    *Attorneys for Plaintiff-Intervenors*

**ORDER**

IT IS SO ORDERED that Defendant's Response to Plaintiff-Intervenor's Motion to Intervene is hereby extended to May 12, 2023.

DATED this 1st day of May, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE