UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>RODERICK S. WOODS, an individual, and TASHIA B. WOODS, an individual,<br><br>Plaintiffs-Intervenors,<br><br>vs.<br><br>PRC INDUSTRIES, INC., CORP. d/b/a PRODUCT REMANUFACTURING CENTERS INDUSTRIES, INC.; SELENA MONTES, an individual; DEMAS MONTES, an individual; and SHAWN CASEY, an individual,<br><br>Defendants. | Case No.: 3:23-cv-00135-LRH-CSD<br><br>**ORDER GRANTING AMENDED STIPULATION CONTINUING THE VIDEO STATUS CONFERENCE AND RELATED DEADLINES REGARDING PARTIES' SETTLEMENT**<br><br>Current Conference Date: October 2, 2023<br>Proposed Conference Date: October 23, 2023 |

## STIPULATION

WHEREAS, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"),

Plaintiff-Intervenors Roderick S. Woods and Tashia B. Woods, ("Plaintiff-Intervenors"), and

Defendant PRC Industries, Inc. Corp. d/b/a Product Remanufacturing Centers Industries, Inc.

("PRC") (collectively, "the Parties") participated in the Video Early Neutral Evaluation session held

on August 3, 2023.

WHEREAS, as a result of the Early Neutral Evaluation Conference, the Parties advised the Court that they had agreed to a tentative settlement in this matter subject to, among other factors, a court-approved Consent Decree.

WHEREAS, on August 3, 2023, the Court ordered that:

1. A Video Status Conference regarding the Consent Decree be presented to District Judge Larry R. Hicks on Monday, October 2, 2023, at 9am.

2. Settlement funds shall be paid 30 days following the Video Status Conference or by Wednesday, November 1, 2023.

3. The Parties shall file their Stipulation of Dismissal with prejudice 15 days thereafter or by Thursday November 16, 2023

WHEREAS the EEOC has provided a draft Consent Decree for review and approval by PRC.

WHEREAS, PRC is reviewing the draft Consent Decree and intends to provide a redlined draft in response for review by EEOC no later than Tuesday, October 3, 2023.

WHEREAS, the Parties reached a tentative settlement agreement in principle and are working to finalize the terms of the Consent Decree that will be submitted to the Court for approval.

WHEREAS, the Parties believe that good cause exists to continue the video status conference in order to avoid the potentially unnecessary burden and expense of judicial resources of conducting a video conference concerning their Consent Decree and/or settlement agreement before the parties understand what disputes, if any, exist that might warrant the Court's attention.

WHEREAS, on September 26, the Parties submitted a stipulation requesting that the October 2, 2023, Video Status Conference be moved to October 16, 2023. (ECF 31).

WHEREAS, on September 27, the Court instructed the Parties to submit an amended stipulation requesting that the:

1. Video Status Conference regarding the Consent Decree be conducted on October 23, 2023.

2. Settlement funds shall be paid by November 8, 2023.

3.   Parties file their Stipulation of Dismissal by November 27, 2023

WHEREAS, the Parties have not requested any other continuances to the Court's deadlines regarding final resolution of this matter.

THEREFORE, it is hereby stipulated and agreed that, subject to Court approval, the Video Status Conference concerning the Consent Decree, currently scheduled for October 2, 2023, should be rescheduled for October 23, 2023, and the following other deadlines shall apply:

| | |
|---|---|
| Video Status Conference Regarding the Consent Decree | October 23, 2023 |
| Settlement Funds shall be paid to Plaintiff-Intervenors | November 8, 2023 |
| The Parties shall file their Stipulation of Dismissal | November 27, 2023 |

IT IS SO STIPULATED

DATED this 27th of September, 2023

By: */s/ Kena C. Cador*_____

ROBERTA L. STEELE
Regional Attorney

MARCIA L. MITCHELL
Supervisory Trial Attorney

JAMES H. BAKER
Senior Trial Attorney

KENA C. CADOR
Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

*Attorneys for Plaintiff EEOC*

GWENDOLYN YOUNG REAMS
Acting General Counsel

CHRISTOPHER LAGE
Deputy General Counsel

Office of the General Counsel
131 "M" Street NE
Washington, D.C. 20507

By: */s/William J. Geddes*_____

WILLIAM J. GEDDES, SBN 6984 (NV)
THE GEDDES LAW FIRM, P.C.

AMENDED STIPULATED REQUEST FOR STATUS
CONFERENCE CONTINUANCE AND [PROPOSED]
ORDER                                      3

U.S. Equal Employment Opportunity Commission
450 Golden Gate Avenue, 5th Floor W., POB 36025
San Francisco, CA 94102

1  1575 Delucchi Lane, Suite 206
   Reno, Nevada 89502
2  Phone: (775) 853-9455
   Fax: (775) 299-5337
3  Email: Will@TheGeddesLawFirm.com

4  *Attorneys for Plaintiff-Intervenors*

5  By: */s/ Rebecca Bruch*

6  REBECCA BRUCH, ESQ., SBN 7289 (NV)
   LEMONS, GRUNDY &EISENBERG
7  6005 Plumas Street, Third Floor
   Reno, Nevada 89519
8  (775) 786-6868
   (775)786-9716 (fax)
9  Email: rb@lge.net

10
11  *Attorneys for Defendant PRC Industries*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. Equal Employment Opportunity Commission
450 Golden Gate Avenue, 5th Floor W., POB 36025
San Francisco, CA 94102

**ORDER**

Based on the foregoing stipulation of the Plaintiff U.S. Equal Employment Opportunity Commission, Defendant PRC Industries, Inc. Corp. d/b/a Product Remanufacturing Centers Industries, Inc., and Plaintiff-Intervenors Roderick S. Woods and Tashia B. Woods and for good cause appearing, IT IS HEARBY ORDERED THAT the following schedule shall apply:

| | |
|---|---|
| Video Status Conference Regarding the Consent Decree | October 23, 2023 at 9:00 a.m. |
| Settlement Funds shall be paid to Plaintiff-Intervenors | November 8, 2023 |
| The Parties shall file their Stipulation of Dismissal | November 27, 2023 |

IT IS SO ORDERED.

Dated this 28th day of September, 2023

_____
HON. ROBERT A. MCQUAID, JR
United States Magistrate Judge