UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>RODERICK S. WOODS, an individual, and TASHIA B. WOODS, an individual,<br><br>Plaintiffs-Intervenors,<br><br>vs.<br><br>PRC INDUSTRIES, INC., CORP. d/b/a PRODUCT REMANUFACTURING CENTERS INDUSTRIES, INC.<br><br>Defendant. | Case No.: 3:23-cv-00135-LRH-CSD<br><br>**ORDER ENTERING CONSENT DECREE** |

The Court, having considered the stipulated Consent Decree of Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) and PRC Industries, Inc., CORP d/b/a/ Product Remanufacturing Centers Industries, Inc., and filed concurrently herewith, HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree of this Court in full settlement of Plaintiff EEOC's claims.  The EEOC's complaint is hereby dismissed with prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of

enforcing the Consent Decree approved herein until it expires according to its terms.

IT IS SO ORDERED.

Dated: October 25, 2023

_____
HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Respectfully submitted on October 23, 2023,

By: */s/ Roberta L. Steele*

| | |
|---|---|
| ROBERTA L. STEELE<br>Regional Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| MARCIA L. MITCHELL<br>Assistant Regional Attorney | Office of the General Counsel<br>131 "M" Street NE<br>Washington, D.C. 20507 |
| JAMES H. BAKER<br>Senior Trial Attorney | |
| KENA C. CADOR<br>Trial Attorney | |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>San Francisco District Office<br>450 Golden Gate Ave., 5th Floor West<br>P.O. Box 36025<br>San Francisco, CA 94102 | |

*Attorneys for Plaintiff EEOC*

Dated: October 23, 2023                LEMONS, GRUNDY & EISENBERG

By: */s/ Rebecca Bruch* (as authorized on 10/23/2023)
Rebecca Bruch, Esq.
*Attorney for Defendant*
*Product Remanufacturing Centers Industries, Inc.*